# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 18-1026**                                                    **September Term, 2018**

**FCC-17-155**
**FCC-83FR2104**

**Filed On:** April 10, 2019

National Lifeline Association, et al.,

        Petitioners

    v.

Federal Communications Commission and
United States of America,

        Respondents

------------------------------

Oceti Sakowin Tribal Utility Authority,
            Intervenor

------------------------------

Consolidated with 18-1080

      **BEFORE:**    Rogers and Griffith, Circuit Judges; Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the unopposed motion of the FCC to amend opinion, it is

**ORDERED** that the opinion issued February 1, 2019, be amended as follows:

Slip Op., p. 27, delete the last paragraph of the opinion and insert in lieu thereof:
"Accordingly, because the Commission's adoption of the Tribal Facilities Requirement
and Tribal Rural Limitation was arbitrary and capricious, the court grants the petitions
and vacates the *2017 Lifeline Order* as challenged in the petitions, and remands the
matter to the Commission for a new notice-and-comment rulemaking proceeding."

The Clerk is directed to issue the amended opinion and to amend the judgment
issued February 1, 2019.  The Clerk is further directed to issue the mandate forthwith.

**<u>Per Curiam</u>**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

          BY:    /s/
                Ken Meadows
                Deputy Clerk